DAVID L. ANDERSON (CABN 149604)
United States Attorney

SARA WINSLOW (DCBN 457643)
Chief, Civil Division
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6925
    FAX: (415) 436-6748
    Sara.winslow@usdoj.gov

Attorneys for Defendants

**GRANTED**
Judge Nathanael M. Cousins

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MI YOUNG SONG, | C 19-06631 NC |
| Plaintiff, | |
| v. | **STIPULATION TO DISMISS and [PROPOSED] ORDER** |
| UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, *et al.*, | |
| Defendants. | |

    Plaintiff, by and through her attorneys of record, and Defendants, by and through their attorneys of record, hereby stipulate, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), to dismissal of the above-entitled action without prejudice in light of the fact that the United States Citizenship and Immigration Services adjudicated Plaintiff's I-526 Immigrant Petition by Alien Entrepreneur.

///

///

///

Stipulation to Dismiss
C 19-06631 NC                                                    1

Each of the parties shall bear their own costs and fees.

Date: December 23, 2019

Respectfully submitted,

DAVID L. ANDERSON
United States Attorney

/s/
SARA WINSLOW
Assistant United States Attorney
Attorneys for Defendants

Dated: December 23, 2019

/s/ *Martin J. Lawler*
MARTIN J. LAWLER
NAMGIAO DO
Attorneys for Plaintiff

Stipulation to Dismiss
C 19-06631 NC                    2